Rockingham
No. 78-101

R. R. CUSHING, JR., KATHRYN MULHEARN, ROBERT P. READ,
STEVEN PELZAR, AND KRISTIE CONRAD, d/b/a PORTSMOUTH
AREA CLAMSHELL, a/k/a PORTSMOUTH CLAMSHELL, AND
PORTSMOUTH CLAMSHELL ALLIANCE

v.

MELDRIM THOMSON, JR., GOVERNOR OF THE
STATE OF NEW HAMPSHIRE
AND
JOHN BLATSOS, ADJUTANT GENERAL FOR THE
STATE OF NEW HAMPSHIRE

April 28, 1978

*New Hampshire Civil Liberties Union*, of Concord (*H. Jonathan Meyer* orally), for the plaintiffs.

*Thomas D. Rath*, attorney general (*Gregory H. Smith*, deputy attorney general, orally), for the defendants.

MEMORANDUM OPINION

Following our opinion in this case dated April 27, 1978, defendants petitioned the superior court to modify the contract for rental of the Portsmouth armory by requiring that plaintiffs file a bond in the amount of $10,000 to cover any damage that may be caused during the rental.

After hearing, the petition was denied by *King*, J., this date. Defendants asked for and received an expedited appeal in this court. After hearing without a record and based only on oral argument we cannot say that the superior court was in error.

*Exception overruled*

DOUGLAS, J., did not sit.